# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>NATALIE M. RUCKMAN, et al.<br><br>Defendant(s). | Case No. 2:18-CV-1470 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Genworth Life and Annuity Insurance Company v. Ruckman et al.*, case number 2:18-cv-01470-JCM-VCF.

On November 14, 2018, petitioner Reese Rodman Boyd III filed a petition for permission to practice *pro hac vice*. (ECF No. 19). On November 15, 2018, the court issue a clerk's notice requiring counsel to prepare and attach the court's *pro hac vice* form to a notice of corrected image/document. (ECF No. 20).

On January 16, 2019, counsel filed a notice of corrected image/document consisting of the court's *pro hac vice* form. (ECF No. 41). However, petitioner has not properly submitted the form because he used electronic signatures and failed to attach a certificate of good standing. *See id.*

In accordance with the foregoing, the court will deny petitioner's verified petition (ECF Nos. 19, 41). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule."). Petitioner shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED March 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**