# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Genworth Life and Annuity Insurance Company,

          Plaintiff,

v.

Natalie M. Ruckman, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01470-JCM-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Genworth Life and Annuity Insurance Company, and against Defendant, the Estate of Eric J. Ruckman.

3/28/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk