MICHAEL A. OLSEN, ESQ.
Nevada Bar No. 6076
THOMAS R. GROVER, ESQ.
Nevada Bar No. 12387
**BLACKROCK LEGAL, LLC**
10155 W. Twain Ave., Suite 100
Las Vegas, NV 89147
Office: (702) 855-5658
mike@goodsellolsen.com
tom@goodsellolsen.com

REESE R. BOYD III (*Pro Hac Vice to be submitted*)
reese@davisboydlaw.com
Davis & Boyd, LLC
1110 London St., Suite 201
Myrtle Beach, SC 29577
(843) 839-9800
(843) 839-9801 (fax)
*Attorneys for Defendants Natalie M. Ruckman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATALIE M. RUCKMAN, ESTATE OF ERIC J. RUCKMAN,<br><br>Defendants, | Case No. 2:18-cv-01470-JCM-VCF |

## STIPULATION AND ORDER (FIRST REQUEST)

It is hereby stipulated and agreed by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that defendant's time to respond to Plaintiff's Motion for Attorneys Fees shall be extended from March 25, 2019 to March 29, 2019.

/ / /

1

| | |
|---|---|
| /s/ Jill Garcia | /s/ Michael A. Olsen |
| Jill Garcia, Esq. (NV Bar No. 6076) | Michael A. Olsen, Esq. (NV Bar No. 6076) |
| Ogletree, Deakins, Nash, Smoak & Stewart | Blackrock Legal |
| Wells Fargo Tower, Suite 1500 | 10155 W. Twain Avenue, Suite 100 |
| Las Vegas, NV 89169 | Las Vegas, NV 89147 |
| (702) 369-6800 | (702) 855-5658 |
| jill.garcia@ogletreedeakins.com | mike@blackrocklawyers.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Natalie Ruckman* |

| | |
|---|---|
| /s/ Russell S. Buhite | /s/ Reese R. Boyd, III |
| Russell S. Buhite, Esq. | Reese R. Boyd, III, Esq. |
| Ogletree, Deakins, Nash, Smoak & Stewart | Davis & Boyd LLC |
| 1201 Third Avenue, Suite 5150 | P.O. Box 70517 |
| Seattle, WA 98101 | Myrtle Beach, SC 29572 |
| (206) 693-7052 | (843) 839-9800 |
| Russell.buhite@ogletree.com | reese@davisboydlaw.com |
| *(Pro Hac Vice)* | *(Pro Hac Vice Application pending)* |

**IT IS SO ORDERED** March 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

2